UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 1 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COURTNEY ANNE KELTON,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>IDAHO DEPARTMENT OF<br>CORRECTIONS DIRECTOR,<br><br>    Respondent - Appellee. | No. 26-3485<br><br>D.C. No.<br>1:26-cv-00033-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

The notice of appeal was not filed within 30 days after the district court entered judgment on April 21, 2026. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). The court may therefore lack jurisdiction over this request for a certificate of appealability (COA). *See United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also* Fed. R. App. P. 4(a)(5), (a)(6); 26(b)(1) (only the district court can extend the time to file a notice of appeal).

Within 21 days, appellant must either file a motion to voluntarily dismiss this request for a COA or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the request for a COA. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellee may file a response within 10 days.

2

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-3485